Submitted on record and briefs March 15, appeal dismissed April 14, 1999

WILLIE ALEXANDER,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-07-29043M; CA A100965)

978 P2d 454

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and De Muniz and Brewer, Judges.

PER CURIAM

Appeal dismissed. *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).